UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil Case No. 11-1103-JAR-JPO |
| | ) | |
| $137,590.00 IN UNITED STATES | ) | |
| CURRENCY, more or less; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## REQUEST TO ENTER PARTIAL DEFAULT

Plaintiff, the United States of America, hereby requests that the Clerk of the Court enter a

partial default in this matter, pursuant to Federal Rule of Civil Procedure 55(a), against all

persons and entities having an interest in the defendant captioned above, except Greg Jones, for

failure to file a verified statement of interest or answer or otherwise defend this action as

provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

A Declaration in Support of this Request is attached hereto.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

s/ Robin L. Hathaway
ROBIN L. HATHAWAY
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
KS. S. Ct. 19376

## CERTIFICATION OF SERVICE

I hereby certify that on the 21st day of December, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

s/ Robin L. Hathaway
ROBIN L. HATHAWAY
Special Assistant United States Attorney