UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 11-1103-JAR-JPO |
| | ) |
| $137,590.00 IN UNITED STATES CURRENCY, More or less; | ) ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION FOR ENTRY OF PARTIAL DEFAULT JUDGMENT AND REQUEST FOR FINAL ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Robin L. Hathaway, Special Assistant United States Attorney, and respectfully moves the Court for the entry of partial default judgment and a final order of forfeiture. In support of this motion, the United States shows the Court as follows:

1. Pursuant to Federal Rules of Civil Procedure 55(a) an Clerk's Entry of Default was filed on December 21, 2011, against all persons, except Greg Jones, for failing to file a claim. (Doc. 28).

2. The United States of America hereby request that the Stipulation for Compromise Settlement made between The United States of America and Greg Jones, which is attached hereto as Exhibit A, be implemented by the Court.

3. Pursuant to Federal Rule of Civil Procedure 55(b)(2), plaintiff, the United States of America, hereby requests that the Court enter partial default judgment in favor of plaintiff thereby forfeiting the defendant property to the United States of America pursuant to the terms set forth in the Stipulation for Compromise Settlement.

WHEREFORE, the United States of America respectfully moves the Court to enter partial default judgment in favor of plaintiff, implement the Stipulation for Compromise Settlement and enter a final order of forfeiture.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney


s/ Robin L. Hathaway
ROBIN L. HATHAWAY, #19376
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
robin.hathaway@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on the 22nd day of December, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

 s/ Robin L. Hathaway

ROBIN L. HATHAWAY
Special Assistant United States Attorney