UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPROXIMATELY $137,590.00 IN )<br>UNITED STATES CURRENCY, )<br>More or less, )<br>)<br>Defendant. )<br>) | Case No. 11-1103-JAR-JPO |

### STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the plaintiff, United States of America, by and through Barry R. Grissom, United States Attorney, and Robin L. Hathaway, Special Assistant United States Attorney, and claimant Greg Jones, by and through his attorney, Brett A. Jarmer, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. The parties agree that claimant consents to the forfeiture to the United States of $107,590.00, more or less, of defendant $137,590.00 in U.S. Currency, more or less. <u>The forfeiture shall be pursuant to 21 U.S.C. 881 et seq.</u>

3. The United States agrees to release $30,000.00 of the defendant $137,590.00 in U.S. Currency, more or less, to the claimant, and agrees not to pursue forfeiture of the released $30,000.00.

4. The parties agree that the return of such released $30,000.00 shall be by electronic



deposit though claimant's counsel, Brett A. Jarmer, to the Kaufman & Eye Client Trust Account. Detail for the electronic transfer of funds shall be made between the United States Marshals Service and claimant's counsel.

5. Claimant agrees to hold and save harmless, release and forever discharge, the United States of America, the United States Attorney for the District of Kansas, the United States Marshals Service (USMS), the Drug Enforcement Administration (DEA), and the Kansas Highway Patrol (KHP), and their officers, agents, servants and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture/settlement of defendant currency.

6. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimant owes to the United States. Should the claimant owe a debt to the United States, this settlement agreement does not prohibit the United States from exercising any and all remedies that may be available to it, including the setoff of any property that is returned to claimant pursuant to this agreement.

7. Claimant agrees that this is a final agreement, and waives all right to appeal, and all rights to costs and attorneys' fees under any provision of law, including but not limited to, 28 U.S.C. § 2412 and 28 U.S.C. § 2465.

8. Each party agrees it shall bear its own costs.

BARRY R. GRISSOM
United States Attorney

Dated: December 21, 2011          /s/ Robin L. Hathaway
                                  ROBIN L. HATHAWAY, #19376
                                  Special Assistant United States Attorney
                                  301 N. Main, Suite 1200
                                  Wichita, Kansas 67202
                                  Tel: (316) 269-6562
                                  Fax: (316) 269-6484
                                  Email: robin.hathaway@usdoj.gov
                                  *Attorney for Plaintiff*


Dated: December 21, 2011          /s/ Brett A. Jarmer
                                  BRETT A. JARMER, #23283
                                  Kaufman & Eye
                                  The Dibble Building
                                  123 SE 6th Avenue, Suite 200
                                  Topeka, Kansas 66603
                                  Tel: (785) 234-4040
                                  Fax: (785) 234-4260
                                  Email: brett@kaufmaneye.com
                                  *Attorney for claimant Greg Jones*